UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JACK ALFREDO ALLEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN K. CLARK,<br><br>Respondent. | Case No. 21-cv-08052-LB<br><br>**ORDER OF TRANSFER**<br><br>Re: ECF No. 2 |

Petitioner has filed a petition for writ of habeas corpus to challenge the sentence imposed on him following his conviction in the San Joaquin County Superior Court. San Joaquin County lies within the venue of the Eastern District of California. Petitioner is confined at California State Prison Corcoran. That facility is also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The preferred venue for this action is the Eastern District of California because Petitioner was convicted and the sentence was imposed in that district and he is confined in that district. Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith and DISMISS all pending motions.

**IT IS SO ORDERED.**

ORDER – No. 21-cv-08052-LB

1    Dated: October 20, 2021

_____
LAUREL BEELER
United States Magistrate Judge