UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALFREDO ALLEN, | No. 2:21-cv-1952 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| K. CLARK, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. ECF No. 11. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (ECF No. 2) is DENIED as moot, and

2. This action is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i); see also Rule 12, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: November 4, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1